UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:

AHMED HUSAIN ZUBAIR,

        Debtor,

--------------------------------------------------------------x
AHMED HUSAIN ZUBAIR,

        Appellant,

v.

FAY SERVICING, LLC, as servicing agent for
Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee
for Hilldale Trust,

        Appellee.
--------------------------------------------------------------x

**ORDER**

20 CV 8829 (VB)

    Appellant, appearing pro se and in forma pauperis, filed a motion dated January 28, 2021, requesting a 60-day extension of time to serve and file his brief. (Doc. #9). On February 8, 2021, after allowing appellee time to respond, the Court granted appellant's motion and extended to March 30, 2021, appellant's time to serve and file his brief. (Doc. #13).

    On February 9, 2021, the Court received via email from the Bankruptcy Court a copy of appellant's brief, which shall be separately docketed.

    Accordingly, the Court's February 8 Order is **VACATED** as moot.

    Appellee must serve and file its brief on or before **March 11, 2021**. Appellant may serve and file a reply brief within 14 days after service of appellee's brief.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    Chambers will mail a copy of this Order to appellant.

Dated: February 9, 2021
       White Plains, NY

                            SO ORDERED:

                            Vincent L. Briccetti
                            United States District Judge